# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GUSTAVO PETASNE,**

      **Plaintiff,**

**-vs-**                                              **Case No. 6:07-cv-1280-Orl-31DAB**

**LA CUCINA & BAKERY, LLC,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Default Judgment (Doc. No. 17) filed April 14, 2008.

On April 29, 2008, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Default Judgment is **DENIED**.

3. The Complaint is **DISMISSED** for reasons stated in the Report and Recommendation. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of May, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE